IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRAVIS DARROW;
Chris Donnelly,
Plaintiffs

V.

Taylor Swift;
Apple Inc,
Defendants

CASE NO.

FILED
IN CLERK'S OFFICE
2015 JUN 30 AM 8 45
U.S. DIST.
DISTRICT OF...

Preliminary Injunction,
Temporary Restraining Order
TRO
28 USC 1331

We came up with the Idea of taylor Swifts "1989" Album Just Like Zuckerberg Stole Facebook. In 1989 we created the Apple I-phone too. Our Intellectual Property. 1989 we were at the Boston Garden and came up with taylor swifts 1989 Bright Idea. Apple Inc pelted our heads with Apples — Taylor Swift is Eve. Defendants are Rotten to the core. We Are scared Taylor Swift has Pennsylvania ties we are frightened of her she might cut out our Voice Boxes For Whistleblowing. In 1989 we were riding Bikes next to swift tricking taylor swift put a stick in our Bycycle spokes we Flipped and swift Flipped us off. Apple Inc gave Jobs cancer. Apple witches watches us, we are worried sick. Panic Attacks.

Page 2

We seek a restraining order Against Taylor Swift From singing. Her lyrics offend us and we feel Swift is lip sinying and sold outher county Roots. Swift Also pick pocket us For our Apple I-phones and stole our credit cards to use the phone to call ticket tron on her own concerts to sell her own concerts out As a Form of Manipulation and cooking the Books. Taylor Swift is trouble. we seek restraining orders Please

6-23-15

_____
Travis Darrow
LA 6313
301 Institution Dr
Bellefonte, PA 16823


_____
Chris Donnelly
#JK5048
301 Institution Dr
Bellefonte, PA 16823